GEORGE P. KODEL, *Plaintiff in Error*, VS. SOUTHERN FRUIT
DISTRIBUTORS, INCORPORATED, *Defendant in Error*.
Division B.
Decision filed April 1, 1931.

*J. B. Hicks*, of Phenix City, Ala., for Plaintiff in Error;
*H. E. Oxford*, for Defendant in Error.

PER CURIAM.—This cause having heretofore been sub-
mitted to the Court upon the transcript of the record of
the judgment herein, and briefs and argument of counsel
for the respective parties, and the record having been seen
and inspected and the Court being now advised of its
judgment to be given in the premises, it seems to the Court
that there is no error in the said judgment; it is, there-
fore, considered, ordered and adjudged by the Court that
the said judgment of the Circuit Court be, and the same is
hereby affirmed.

WHITFIELD, PJ., AND TERRELL AND DAVIS, JJ., concur.

WM. BEARDALL, SHADIE HAMER BEARDALL, his wife, W. D.
ROGERS and BERTHA B. ROGERS, his wife, M. D. BAILEY,
JR. and HATTIE BAILEY, his wife, CHAS. O. ARMES and
VIENA ARMES, his wife, *Appellants*, VS. I. ZEMURRAY,
*Appellee*.
Special Division B.
Decision filed April 1, 1931.

*E. W. & R. C. Davis*, for Appellants;
*Akerman & Akerman*, for Appellee.

PER CURIAM.—This cause having heretofore been submitted to the Court upon the transcript of the record of the Decree herein, and briefs and argument of counsel for the respective parties, and the record having been seen and inspected, and the Court being now advised of its judgment to be given in the premises, it seems to the Court that there is no error in the said Decree; it is, therefore, considered, ordered and adjudged by the Court that the said Decree of the Circuit Court be, and the same is hereby affirmed.

BUFORD, C.J., AND WHITFIELD AND DAVIS, J.J., concur.

GRACE V. PICKETT and A. A. PICKETT, her husband, *Appellants*, vs. MARGARET V. SWAN, *Appellee*.

Special Division B.

Decision filed April 1, 1931.

*R. E. Bradley*, for Appellants;
*Swearingen & Wilson*, for Appellee.

PER CURIAM.—This cause having heretofore been submitted to the Court upon the transcript of the record of the Decree herein, and briefs and argument of counsel for the respective parties, and the record having been seen and inspected and the Court being now advised of its judgment to be given in the premises, it seems to the Court that there is no error in the said Decree; it is, therefore, considered, ordered and adjudged by the Court that the said Decree of the Circuit Court be, and the same is hereby affirmed.

BUFORD, C.J., AND WHITFIELD AND DAVIS, J.J., concur.